UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Eat Dirt, LLC,

      Plaintiff,

vs.

Arriba Films, LLC d/b/a Arriba Design, a
California limited liability company, and
Zachary Michael Cram, an individual

      Defendants.

Case No. 6:13cv1569-ORL-28TBS

## COMPLAINT

This is a patent infringement case. Plaintiff Eat Dirt, LLC sues Arriba Design LLC, Pacific Direct, Light Bulb Moments states and alleges:

### Jurisdiction & Venue

1. Plaintiff Eat Dirt is a Florida limited liability company with its principal place of business at 18735 East Colonial Drive, Suite 116, Orlando, Florida 32820.

2. Defendant Arriba Films LLC d/b/a/ Arriba Design ("Arriba") is a California limited liability company with its principal place of business in Santa Monica, California.

3. Defendant Zachary Michael Cram, upon belief, transacts business within Florida and this district, is the managing member of Defendant Arriba Films LLC and is the primary moving, active and conscious force behind the defendant company.

4. This action arises under the patent laws of the United States, Title 35 of the United States Code. Accordingly, this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

5.  This Court has personal jurisdiction over the Defendants because, among other reasons, the Defendants regularly conduct business in this judicial district by maintaining the website, www.arribadesign.co, which citizens of Florida access and through which Defendants sell its infringing iPhone cover with built-in bottle opener to customers in Florida.

6.  Venue is proper in this district under the provisions of 28 U.S.C. §§ 1391(b) and (c), and 1400(b) because, among other reasons, Defendants have conducted and continue to conduct regular and ongoing business in Florida. Additionally, Defendants have committed and continue to commit acts of direct and/or indirect infringement in this District by making, using, importing, offering for sale, and/or selling infringing products in Florida that are claimed in Eat Dirt's patent.

## FACTUAL BACKGROUND

7.  In 2009, inventors Dean Monaco and John Santo designed an iPhone case with a built in bottle opener.

8.  On Mar 29, 2010, Mr. Monaco and Mr. Santo filed their application for a patent on their invention.

9.  On July 16, 2013, the United States Patent and Trademark Office awarded United States Patent No. 8,485,404 (the "404 patent"), titled *Cases and Covers for Handheld Electronic Devices* to inventors Dean Monaco and John Santo. A complete and authentic copy of the '404 patent is attached as **Exhibit A**.

10. Mr. Monaco and Mr. Santo assigned the '404 patent to My Innoventure, LLC. On August 9, 2013, My Innoventure, LLC assigned the '404 patent to Eat Dirt, LLC. Eat Dirt remains the owner of the '404 patent.

4823-2106-1398.1
09999/8888 travi tr

## COUNT I
## PATENT INFRINGEMENT OF THE '404 PATENT

11.     Plaintiff incorporates and realleges herein by reference paragraphs 1 through 10.

12.     Defendants have had constructive notice of the '404 patent since it issued on July 16, 2013.

13.     Defendants, together with its subsidiaries, offers to sell, sells, uses, and distributes its infringing iPhone bottle opener cover at its websites, arribadesign.co, and online marketplaces, including amazon.com.

14.     Defendants have infringed and continue to infringe one or more claims of the '404 patent under 35 U.S.C. § 271(a), either literally and/or under the doctrine of equivalents, by making, using, selling, and/or offering for sale in the United States and/or importing into the United States, an infringing iPhone cover with built-in bottle opener, which is encompassed in at least claims 1, 2, 9, 10, 11, 12 and 13 of the '404 patent.

15.     Third parties, collectively with Defendants, have infringed, and continue to infringe one or more claims of the '404 patent under 35 U.S.C. §271(a), either literally or under the doctrine of equivalents, by making, using, selling, and/or offering for sale in the United States and/or importing into the United States, an infringing iPhone cover with built-in bottle opener, which is encompassed in at least claims 1, 2, 9, 10, 11, 12 and 13 of the '404 patent.

16.     Defendants have had knowledge of the '404 patent and its infringement at least since September 26, 2013.

17.     The infringement by Defendants will cause irreparable injury and damage to Plaintiff unless the Court enjoins Defendants from infringing the '404 patent.

18. Defendants conduct in infringing the '404 patent renders this case exceptional within the meaning of 35 U.S.C. § 285.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Eat Dirt prays that the Court award the following judgment and relief:

a. that Defendants have infringed the '404 patent;

b. that Eat Dirt is entitled to a permanent injunction barring Defendants and its respective agents, servants, officers, directors, employees, and all persons acting in concert with them, directly or indirectly, from infringing, inducing other to infringe, or contributing to the infringement of the '404 patent;

c. that Defendants shall account for and pay to Eat Dirt the damages to which Eat Dirt is entitled as a consequence of Defendants' infringement of the '404 patent;

d. that Defendants shall additionally account for and pay to Eat Dirt the damages for the period of infringement of the '404 patent following the period of damages established by Eat Dirt at trial;

e. that Eat Dirt is further entitled to pre-judgment and post-judgment interest;

f. that this case is exceptional and that Eat Dirt is entitled to its reasonable attorney fees, costs, and expenses that it incurs prosecuting this action under 35 U.S.C. § 285; and

g. any other award or relief that is just and equitable.

4823-2106-1398.1
09999/8888 travi tr

## DEMAND FOR JURY TRIAL

A jury is demanded on all issues so triable, pursuant to Rule 38 of the Federal Rules of Civil Procedure.

DATED:   October 9, 2013                              Respectfully submitted,


By:   */s/ Nicolette Corso Vilmos*
Nicolette Corso Vilmos
Florida Bar No.: 0469051
nvilmos@broadandcassel.com
**BROAD AND CASSEL**
Bank of America Center
390 North Orange Avenue
Suite 1400
Orlando, FL  32801
Telephone: 407.839.4200
Facsimile: 407.425.8377

4823-2106-1398.1
09999/8888 travi tr