UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| Eat Dirt, LLC, | Case No. 6:13-cv-1569-Orl-28TBS |
| Plaintiff, | |
| vs. | |
| Arriba Films, LLC d/b/a Arriba Design, a California limited liability company, and Zachary Michael Cram, an individual | |
| Defendants. | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Eat Dirt, LLC, pursuant to this Court's Order on Interested Persons and Corporate Disclosure (DE 5), discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

- American Innoventure, LLC d/b/a HeadCase

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors committee the 20 largest unsecured creditors:

Not Applicable.

  4. The name of each victim (individual or corporate), including every person who may be entitled to restitution:

  None.

  5. Check one of the following:

  √ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Or

  ___ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or the Magistrate Judge as follows: (explain)

**BROAD AND CASSEL**

By: */s/ Tara Ravi*
  Nicolette Corso Vilmos, Trial Counsel
  Florida Bar No.: 0469051
  nvilmos@broadandcassel.com
  **BROAD AND CASSEL**
  Bank of America Center
  390 North Orange Avenue
  Suite 1400
  Orlando, FL 32801
  Telephone: 407.839.4200
  Facsimile: 407.425.8377

  TARA RAVI
  Fla. Bar No.: 72641
  travi@broadandcassel.com
  **BROAD AND CASSEL**
  One Financial Plaza, Suite 2700
  Ft. Lauderdale, FL 33394
  Telephone: (954) 764-7060
  Facsimile: (954) 713-0987
  *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 25, 2013, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants, if any, indicated below:

                                                                                    /s/ *Tara Ravi*
                                                                                       Tara Ravi

Arriba Films, LLC d/b/a Arriba Design
113 W. Mission Suite B1
Santa Barbara, CA 93101

Zachary Michael Cram
113 W. Mission Suite B1
Santa Barbara, CA 93101

Lauren Kingston
McCormack Intellectual Property Law
617 Lee Street
Seattle, WA 98109
Tel: 206-381-8888
Direct: 206-330-0108
Fax: 206-381-1988
Email: Lauren@McCormackLegal.com