# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

|  |  |  |
|---|---|---|
| Eat Dirt, LLC, | ) | Case No. 6:13-cv-1569-Orl-28TBS |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| Arriba Films, LLC d/b/a Arriba Design, a | ) |  |
| California limited liability company, and | ) |  |
| Zachary Michael Cram, an individual | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____   IS   related to pending or closed civil or criminal cases(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below.

__X__   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party not later than fourteen days after appearance of the party.

Dated: October 25, 2013                                Respectfully submitted,

**BROAD AND CASSEL**

By: */s/ Tara Ravi*
Nicolette Corso Vilmos, Trial Counsel
Florida Bar  No.: 0469051
nvilmos@broadandcassel.com
**BROAD AND CASSEL**
Bank of America Center
390 North Orange Avenue
Suite 1400
Orlando, FL  32801
Telephone: 407.839.4200
Facsimile: 407.425.8377

TARA RAVI
Fla. Bar No.: 72641
travi@broadandcassel.com
**BROAD AND CASSEL**
One Financial Plaza, Suite 2700
Ft. Lauderdale, FL  33394
Telephone:  (954) 764-7060
Facsimile:  (954) 713-0987
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 25, 2013, I electronically filed the foregoing *Notice of Pendency of Other Actions* with the Clerk of Court of the United States District Court using the ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants, if any, indicated below:

_____/s/ Tara Ravi____
Tara Ravi

Arriba Films, LLC d/b/a Arriba Design
113 W. Mission Suite B1
Santa Barbara, CA 93101

Zachary Michael Cram
113 W. Mission Suite B1
Santa Barbara, CA 93101

Lauren Kingston
McCormack Intellectual Property Law
617 Lee Street
Seattle, WA 98109
Tel: 206-381-8888
Direct: 206-330-0108
Fax: 206-381-1988
Email: Lauren@McCormackLegal.com