UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EAT DIRT, LLC,

    Plaintiff,

v.                                       Case No. 6:13-cv-1569-Orl-28TBS

ARRIBA FILMS, LLC d/b/a ARRIBA DESIGN
and ZACHARY MICHAEL CRAM,

    Defendants.
_____/

## ORDER

Pending before the Court is the parties' Joint Motion to Conduct Case Management Conference Telephonically (Doc. 28). The motion is GRANTED. The parties may conduct the required joint case management conference telephonically.

DONE AND ORDERED in Orlando, Florida, on March 6, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel